**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Omid Nosrati \| SBN: 216850<br>Nosrati Law, a Professional Law Corporation<br>1801 Century Park East, Suite 840  Suite 840 Los Angeles, CA 90067 | **ELECTRONICALLY FILED**<br>Superior Court of California<br>County of Sacramento<br>10/29/2024<br>By: L. Stewart, Deputy |
| TELEPHONE NO.: (310) 553-5630 \| FAX NO. | |
| E-MAIL ADDRESS omid@nosratilaw.com | |
| ATTORNEY FOR *(Name)*: Plaintiff: Jaouher Megdich | |

**SACRAMENTO SUPERIOR COURT**
  STREET ADDRESS: 720 NINTH ST.
  MAILING ADDRESS:
  CITY AND ZIP CODE: SACRAMENTO, CA 95814
  BRANCH NAME: SACRAMENTO

| PLAINTIFF: Jaouher Megdich, an Individual | CASE NUMBER: |
|---|---|
| DEFENDANT: Old Dominion Freight Line, Inc., a Virginia stock corporation; Jake Hall, an individual; and Does 1-10, inclusive | 24CV020041 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: **Megdich** |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: Notice of Case Assignment and Case Management Conference (Unlimited Civil Case)
3. a. Party served *(specify name of party as shown on documents served)*:
   **Old Dominion Freight Line, Inc., a Virginia stock corporation**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **C T Corporation System, Inc. Amanda Garcia, c/o Diana Ruiz - Registered Agent for Service of Process**
   **Age: 30 Weight: 120 Hair: Black Sex: Female Height: 5'4" Eyes: Brown Race: Hispanic**

4. Address where the party was served: **C T Corporation System, Inc.**
   **330 N Brand Blvd**
   **Glendale, CA 91203-2308**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **10/28/2024** (2) at *(time)*: **12:00 PM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

---

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Page 1 of 2<br>Code of Civil Procedure, § 417.10<br>POS010-1/422489A1 |



**EXHIBIT E**

| PETITIONER: Jaouher Megdich, an Individual | CASE NUMBER: |
| RESPONDENT: Old Dominion Freight Line, Inc., a Virginia stock corporation; Jake Hall, an individual; and Does 1-10, inclusive | 24CV020041 |

Case 2:24-cv-03453-DAD-CSK    Document 1-5    Filed 12/12/24    Page 2 of 2

**EXHIBIT E**

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                     (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* **Old Dominion Freight Line, Inc., a Virginia stock corporation**

     under the following Code of Civil Procedure section:

     ☑ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)                 ☐ 415.46 (occupant)
                                             ☐ other:

7. **Person who served papers**
   a. Name: **Carlos Cornejo - ON-CALL LEGAL**
   b. Address: **2476 Overland Avenue, Third Floor  Los Angeles, CA 90064**
   c. Telephone number: **(310) 858-9800**
   d. **The fee** for service was: **$ 123.43**
   e. I am:

     (1) ☐ not a registered California process server.
     (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ registered California process server:
        (i) ☐ owner   ☑ employee   ☐ independent contractor.
        (ii) Registration No.: **2018048510**
        (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **10/29/2024**

**ON-CALL LEGAL
2476 Overland Avenue, Third Floor
Los Angeles, CA 90064
(310) 858-9800
www.OnCallLegal.com**

_____
**Carlos Cornejo**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)